UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEFF LAMM,                                           Case No.:  C06-04106 CRB

                Plaintiff(s),        STIPULATION AND [PROPOSED]
                                      ORDER SELECTING ADR PROCESS
  v.

CITY OF HAYWARD, et al.

                Defendant(s).
_____/

      Counsel report that they met and conferred on September 7, 2006, regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

      The plaintiff requests an early settlement conference or mediation, and the defendants request mediation.

The parties agree to hold the ADR session by the presumptive deadline.  *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

Dated:_____          _____
                                                Attorney for Plaintiff


Dated:   September 8, 2006                               s/ Daniel S. Connolly
                                                Attorney for Defendants

[~~PROPOSED~~] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
          Early Neutral Evaluation (ENE)
     X Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated: September 11, 2006



UNITED STATES DISTRICT JUDGE