```
 1  JOHN L. BURRIS, Esq./ State Bar # 69888
    LAW OFFICES OF JOHN L. BURRIS
 2  7677 Oakport Street, Suite 1120
 3  Oakland, CA 94621
    Telephone: (510) 839-5200
 4  Facsimile: (510) 839-3882

 5  GAYLA B. LIBET, Esq./ State Bar # 109173
    LAW OFFICES OF GAYLA B. LIBET
 6  486 41st Street, # 3
 7  Oakland, CA 94609
    Telephone and Facsimile: (510) 420-0324
 8
 9  Attorneys for Plaintiff

10  MICHAEL J. O'TOOLE, Esq., City Attorney/ SB # 97779
    DANIEL S. CONNOLLY, Esq., Assistant City Attorney/ SB # 136005
11  OFFICE OF HAYWARD CITY ATTORNEY
    777 B Street
12  Hayward, CA 94541-5007
    Telephone: (510) 583-4450
13  Facsimile: (510) 583-3660

14  Attorneys for Defendants
15
16              UNITED STATES DISTRICT COURT
17              NORTHERN DISTRICT OF CALIFORNIA
18
19  JEFF LAMM,                          No. C-06-04106-CRB
20             Plaintiff,               STIPULATION AND PROPOSED ORDER
                                        EXTENDING TIME FOR MEDIATION
21
    vs.
22
    CITY OF HAYWARD, a governmental entity;
23  LLOYD LOWE, in his capacity as Chief of
    Police for the CITY OF HAYWARD;
24  JEFF GRAVES, individually, and in his
25  capacity as a Hayward police officer; and,
    DOES 1-25, inclusive,
26
               Defendants.
27                                      /
28
```

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR MEDIATION

## STIPULATION EXTENDING TIME FOR MEDIATION

The parties, through their respective counsel, hereby stipulate and jointly request that the deadline for the occurrence of the Mediation hearing in this case be extended from December 11, 2006 until January 24, 2007, or as soon thereafter as the Court deems appropriate. The date of January 24, 2007 at 9:00 a.m. is presently scheduled for Mediation with Christopher Johns, Esq. serving as Mediator, and an ADR courtroom has been reserved for the Mediation hearing. This extension of time is needed so that all parties may have served and received responses to some written Interrogatories, Requests for Production of Documents, and Interrogatories, and held a minimal number of depositions they may find necessary in order to have a productive Mediation hearing.

LAW OFFICES OF GAYLA B. LIBET

Dated: 11-9-06      By: _____
                         GAYLA B. LIBET, Esq.
                         Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated: 11-9-06      By: _____
                         JOHN L. BURRIS, Esq.
                         Attorneys for Plaintiff

OFFICE OF HAYWARD CITY ATTORNEY

Dated: 11-9-06      By: _____
                         DANIEL S. CONNOLLY, Esq.
                         Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 17, 2006



HONORABLE CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR MEDIATION