JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF LAMM,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF HAYWARD, a government entity; LLOYD LOWE, in his capacity as Chief of Police for the CITY OF HAYWARD; JEFF GRAVES, individually, and in his capacity as a Hayward police officer; and, DOES 1-25 inclusive,<br><br>　　　　　　　　　Defendants. | Case No.  C06-04106 CRB<br><br>STIPULATION AND ORDER TO LEAVE TO FILE FIRST AMENDED SUMMONS AND COMPLAINT |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the

above-entitled action, by and through their respective counsel, as follows:

　　1.　Plaintiff shall amend his original Complaint in this action to name defendants in

substitution for defendant DOES, as follows:

　　　　A.　In substitution for defendant DOE 1:  SCOTT KOLLER; and

　　　　B.　In substitution for defendant DOE 2:  RYAN CANTRELL;

　　2.　Plaintiff shall further amend his original Complaint in this action to correctly

1  name defendant JEFF GRAVE in substitution for JEFF GRAVES, as said defendant is
2  incorrectly named in plaintiff's original Complaint in this action;
3      3.   Plaintiff shall further amend his original Complaint in this action to dismiss the
4  Sixth Cause of Action in the original Complaint, which was for Negligent Infliction of Emotional
5  Distress against defendant police officers, as that cause of action is included under the law within
6  the ambit of the cause of action for Negligence against the named police officers and DOES 3-
7  10, inclusive, in the First Amended Complaint;
8      4.   Plaintiff shall further amend his original Complaint in this action to add an Eighth
9  Cause of Action for Vicarious Liability of defendant CITY OF HAYWARD;
10     5.   Plaintiff shall further amend his original Complaint in this action to change and
11 add certain facts regarding the subject incident; and various other small changes to the Second
12 and Seventh Causes of Action so that they read more clearly;
13     6.   Defendant CITY OF HAYWARD's attorneys have reviewed the proposed First
14 Amended Complaint that plaintiff will file, and they do not object that plaintiff shall file said
15 First Amended Complaint containing the amendments therein;
16     7.   By entering into this Stipulation, defendants do not waive any defenses that they
17 have to the claims in the First Amended Complaint, and do not admit any allegations in the First
18 Amended Complaint.  Moreover, by entering into this Stipulation, defendants do not admit that
19 any of the individual officers to be named as defendants engaged in any of the conduct attributed
20 to them in the First Amended Complaint;
21     8.   Plaintiff's counsel will e-file this Stipulation and the First Amended Summons
22 and Complaint; and,
23     9.   Defendant CITY OF HAYWARD's attorneys shall accept service of plaintiff's
24 First Amended Summons and Complaint on behalf of all named defendants therein.
25 ///
26 ///
27 ///
28 ///

LAW OFFICES OF GAYLA B. LIBET

DATED: February 28, 2007    By:    s/Gayla B. Libet
                                   GAYLA B. LIBET, Esq.
                                   Attorneys for Plaintiff


LAW OFFICES OF JOHN L. BURRIS

DATED: February 28, 2007    By:    s/John L. Burris
                                   JOHN L. BURRIS, Esq.
                                   Attorneys for Plaintiff


DATED: February 28, 2007    MICHAEL J. O'TOOLE, City Attorney


                            By:    s/Daniel S. Connolly
                                   DANIEL S. CONNOLLY, Asst. City Attorney
                                   Attorneys for Defendants City of Hayward,
                                   Chief of Police Lloyd Lowe, Officer Jeff Grave


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  March 1, 2007
                                   HONORABLE CHARLES R. BREYER
                                   United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*