MICHAEL J. O'TOOLE (SBN 97779)
City Attorney
DANIEL S. CONNOLLY (SBN 136005)
Assistant City Attorney
CITY OF HAYWARD
777 "B" Street, 4th Floor
Hayward, California 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660
Daniel.Connolly@hayward-ca.gov

Attorneys for Defendants City of Hayward, Chief of Police Lloyd Lowe, Officer Jeff Grave

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF LAMM, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF HAYWARD, a government entity; LLOYD LOWE, in his capacity as Chief of Police for the CITY OF HAYWARD; JEFF GRAVES, individually, and in his capacity as a Hayward police officer; and, DOES 1-25 inclusive, <br><br> Defendants. | Case No. C06-04106 CRB <br><br> STIPULATION FOR PROTECTION OF DOCUMENTS AND PROPOSED PROTECTIVE ORDER |

## STIPULATION

Disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation would be warranted. Accordingly, the parties hereby stipulate to and petition the court to enter the following Stipulated Protective Order:

1. The parties stipulate that relevant portions of Hayward Police Department ("HPD") "personnel records" of the defendant police officers during the last five years of employment prior to the subject incident of August 3, 2005, with their addenda, including but not

Lamm v. City of Hayward, et al.
Case No. C06-04106 CRB

1

City of Hayward's Stipulation for Protection of Documents and Proposed Protective Order

limited to complaints, reports, training, evaluations, HPD Training Bulletins, HPD Rules and Regulations, and HPD Departmental Orders, shall be deemed Protected Documents and subject to the protective order set below.

2. Immediately upon production by the City of Hayward, attorneys for plaintiff shall personally secure and maintain the Protected Documents in their possession.

3. The protections conferred by this Stipulation and Order cover not only the Protected Documents, but also any information copied or extracted therefrom, as well as all copies, excerpts, summaries, or compilations thereof, plus testimony, conversations, or presentations by parties or counsel to or in court or in other settings that might reveal the Protected Documents.

4. The Protected Documents are to be used only for the purposes set forth below and for no other purpose, absent further Order of this Court.

5. The Protected Documents shall only be used for preparing for and prosecuting this case pending the completion of the judicial process, including appeal.

6. If necessary in the judgment of plaintiff's attorneys, said attorneys may show or reveal the contents of the Protected Documents to the court only by filing or lodging under seal, absent further Order of this Court permitting a public filing or lodging of the Protected Documents, subject to compliance with Local Rule 79-5. (CRB)

7. If necessary in the judgment of plaintiff's attorneys, said attorneys may show or reveal the contents of the Protected Documents to co-counsel, paralegals, law clerks, the plaintiff, or experts actively assisting plaintiff's attorneys in the investigation of this case. Any notes taken by any person reflecting the contents of the Protected Documents, or extracts of the contents, are protected under this Order, and shall be treated in the manner set forth in the paragraph 8 below. Even after the termination of this litigation, the confidentiality obligations imposed by this Order shall remain in effect until the parties agree otherwise in writing or a court order otherwise directs.

8. Unless otherwise ordered or agreed in writing by Defendants' counsel, within sixty days after the final termination of this action, attorneys for the Plaintiff shall return all the

Lamm v. City of Hayward, et al.
Case No. C06-04106 CRB

2

City of Hayward's Stipulation for Protection of Documents and Proposed Protective Order

1  Protected Documents, to include notes, extracts, and other similar compilations and summaries,
2  to the Custodian of Records for the Hayward Police Department, 300 W. Winton Avenue,
3  Hayward, CA 94544. Plaintiff's attorneys must submit a written certification to Defendants'
4  counsel (by the sixty-day deadline that identifies by category, where appropriate) all the Protected
5  Documents that were returned and that affirms that Plaintiff's attorneys have not retained any
6  copies, abstracts, compilations, summaries or other forms of reproducing or capturing any of the
7  Protected Documents.

8    9.   Attorneys for plaintiff shall cause the substance of this Order to be communicated
9  to each person to whom the Protected Documents are revealed in accordance with this Order.

10   10.  Attorneys for plaintiff shall not cause or knowingly permit disclosure of the
11  contents of the Protected Documents beyond the disclosure permitted under the terms and
12  conditions of this Order.

13   11.  No document covered by this Order may be used for any purpose not set forth
14  herein, or revealed to any person not described herein, absent further Order of this Court.

16  DATED:   February 22, 2007         MICHAEL J. O'TOOLE, City Attorney

18                                     By: _____
                                       DANIEL S. CONNOLLY, Asst. City Attorney
19                                     Attorneys for Defendants City of Hayward,
                                       Chief of Police Lloyd Lowe, Officer Jeff Grave

                                       LAW OFFICES OF GAYLA B. LIBET

22  DATED:   February 24, 2007         By: _____
                                       GAYLA B. LIBET, Esq.
23                                     Attorneys for Plaintiff

                                       LAW OFFICES OF JOHN L. BURRIS

26  DATED:   February 23, 2007         By: _____
                                       JOHN L. BURRIS, Esq.
27                                     Attorneys for Plaintiff

28  ///

Lamm v. City of Hayward, et al.
Case No. C06-04106 CRB                    3         City of Hayward's Stipulation for Protection of
                                                    Documents and Proposed Protective Order

Lamm v. City of Hayward, et al.
Case No. C06-04106 CRB

1 | **ORDER**

2 | PURSUANT TO STIPULATION, IT IS SO ORDERED., AS AMENDED

3 | 

4 | DATED:  March 1, 2007

CHARLES BREYER
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Charles R. Breyer

---

Lamm v. City of Hayward, et al.
Case No. C06-04106 CRB
4
City of Hayward's Stipulation for Protection of Documents and Proposed Protective Order